COM.

v.

ADDISON, R.

192 WDA 2017

Superior Court of Pennsylvania.

09/11/2017

CP–02–CR–0013549–2003 (Allegheny)

Affirmed

COM.

v.

WASHINGTON, M.

3596 EDA 2015

Superior Court of Pennsylvania.

09/12/2017

CP–39–CR–0000515–1987 (Lehigh)

Affirmed

COM.

v.

HOUSTON, T.

2114 EDA 2016

Superior Court of Pennsylvania.

9/12/2017

CP–51–CR–0011491–2015 (Philadelphia)

Affirmed

COM.

v.

LOPEZ, S.

2771 EDA 2016

Superior Court of Pennsylvania.

09/12/2017

CP–15–CR–0002047–2014 (Chester)

Affirmed